## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

  **v.**

**NEWTON JONES (01),**
**WILLIAM CREEDEN (02),**
**KATERYNA JONES (03),**
**WARREN FAIRLEY (04),**
**LAWRENCE McMANAMON (05),**
**KATHY STAPP (06),**
**CULLEN JONES (07),**

          **Defendants.**

**Case No. 24-20070-DDC**

## JOINT MOTION TO ADOPT DATES FOR SCHEDULING ORDER AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Counsel for all defendants, joined by counsel for the Government, respectfully move this Honorable Court to issue a scheduling order adopting the jointly agreed deadlines proposed below and to exclude the time under the Speedy Trial Act ("STA"). The parties have met and conferred on this issue and respectfully suggest that the ends of justice will be served by adopting the scheduling deadlines set forth below and continuing the case beyond the relevant deadlines fixed by the STA. Each defendant has been individually consulted by their counsel, and all agree to the deadlines and to the exclusion of time.

1.  The parties jointly request the Court to adopt the following deadlines in advance of the May 4, 2026 trial date.

    a.  August 1, 2025: Dispositive motions due

b.    August 22, 2025:  Government's responses to dispositive motions due

c.    September 5, 2025:  Replies in support of dispositive motions due

d.    October 27, 2025:  Expert disclosures due

e.    December 1, 2025:  Pretrial motions due (including challenges to expert disclosures)

f.    December 19, 2025:  Responses to pretrial motions due

g.    January 7, 2026:  Pre-trial motions hearing [anticipate order(s) by February 6, 2026]

h.    March 13, 2026:  Witness and Exhibit Lists, motions in limine due

i.    March 31, 2026:  Responses to motions in limine due

j.    April 10, 2026:  Motions in limine conference

k.    April 17, 2026:  Proposed jury instructions due

l.    April 17, 2026:  Jury Evidence Recording System ("JERS") exhibits due to court

m.    April 23, 2026:  Pretrial conference

n.    May 4, 2026:  Trial (estimated length 4 to 5 weeks)

2.    The Court has already designated this case as "complex" as that term is used by 18 U.S.C. § 3161(h)(7)(B)(ii).  (Doc. 75.)  That is, continuing the case outweighs the best interests of the public and defendants in a trial that begins within the STA deadline. Excluding time under the STA's ends of justice provision § 3161(h)(7)(A) requires "findings," and it requires the Court's "reasons for finding that the ends of justice served

by the granting of a continuance" outweigh the competing interests served by the STA.  §
3161(h)(7)(A).

3.      During a status conference on October 10, 2024, the Court heard from
counsel about their state of preparedness.  Counsel for all parties agreed that they were not
yet able to predict a date when they would have prepared adequately for a trial to begin.
As such, counsel for each party either agreed to request a 90-day continuance of the status
conference or announced they did not object to continuing the conference.  The Court
sustained an oral motion to continue the conference until January 16, 2025 and announced
specific reasons why the court should properly exclude the time between October 10, 2024,
and January 16, 2025, pursuant to the ends of justice provision.  The Court made inquiries
of defendants and their counsel, followed by STA findings supporting exclusion of these
days.

4.      The Court held a hearing on January 16, 2025.  Patrick McInerney, counsel
for defendant Newton Jones, orally moved for the Court to set the case for a jury trial on
May 11, 2026, in order to allow adequate time to work through voluminous discovery and
issues therein and prepare for trial.  Defendants William Creeden, Kateryna Jones, Warren
Fairley, Lawrence McManamon, and Cullen Jones supported the proposed May 11, 2026,
trial setting.  Government counsel proposed a February 9, 2026, trial setting.  The Court
then granted defendant Newton Jones's oral motion in part and set the trial for May 4,
2026, at 9:00 a.m.  The Court made inquiries of defendants and their counsel, followed by
STA findings supporting exclusion of these days.  Pursuant to the specific findings set forth
in full on the record, the Court granted the continuance, finding that the ends of justice

served by allowing defendants the additional time requested outweighs the best interest of the public and the defendants in a speedy trial and that the continuance shall be granted. The Court ordered that the period of delay resulting from the additional time granted pursuant to the Court's order, January 16, 2025, until May 4, 2026, was deemed excludable time as provided for in 18 U.S.C. 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweighs the best interest of the public and defendants in a speedy trial.

5.     Regarding the deadlines the parties are jointly proposing for the Court's scheduling order, each defendant has been consulted by their attorneys, specifically requests that the Court adopt the dates listed herein, and understands that this schedule will turn off the STA clock through the proposed trial date of May 4, 2026:

a.     Defendant Newton Jones was advised of the proposed dates by counsel. He agrees to waive his rights under the Speedy Trial Act, and specifically requests that this Court adopt the dates listed herein to allow defendants sufficient time to prepare this complex case for trial.

b.     Defendant William Creeden was advised of the proposed dates by counsel. He agrees to waive his rights under the Speedy Trial Act, and specifically requests that this Court adopt the dates listed herein to allow defendants sufficient time to prepare this complex case for trial.

c.     Defendant Kateryna Jones was advised of the proposed dates by counsel. She agrees to waive her rights under the Speedy Trial Act, and specifically

requests that this Court adopt the dates listed herein to allow defendants sufficient time to prepare this complex case for trial.

d.     Defendant Warren Fairley was advised of the proposed dates by counsel.  He agrees to waive his rights under the Speedy Trial Act, and specifically requests that this Court adopt the dates listed herein to allow defendants sufficient time to prepare this complex case for trial.

e.     Defendant Lawrence McManamon was advised of the proposed dates by counsel.  He agrees to waive his rights under the Speedy Trial Act, and specifically requests that this Court adopt the dates listed herein to allow defendants sufficient time to prepare this complex case for trial.

f.     Defendant Cullen Jones was advised of the proposed dates by counsel. He agrees to waive his rights under the Speedy Trial Act, and specifically requests that this Court adopt the dates listed herein to allow defendants sufficient time to prepare this complex case for trial.

Respectfully submitted,

SPENCER FANE LLP

/s/ *Patrick A. McInerney*
Patrick A. McInerney # 22561
Daniel M. Nelson KS Fed # 79203
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Tele: 816-474-8100
Fax: 816-474-3216
pmcinerney@spencerfane.com
dnelson@spencerfane.com
Attorneys for Newton Jones

5

/s/ *Kurt Kerns*_____
Kurt P. Kerns # 15028
KERNS LAW GROUP
328 N. Main Street Wichita, KS 67202
Tele: 316-265-5511
kurtpkerns@aol.com
Attorney for William Creeden


/s/ *Mark Molner*_____
Mark D. Molner # 24493
EVANS & MULLINIX, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
Tele: 913-962-8700
Fax: 913-962-8701
mmolner@emlawkc.com
Attorney for Kateryna Jones


/s/ *J.R. Hobbs*_____
James R. Hobbs KS Fed # 70169
Marilyn Keller # 15444
WYRSCH HOBBS & MIRAKIAN, P.C.
One Kansas City Place
1200 Main St., Suite 2110
Kansas City, Missouri 64105
Tele: 816-221-0080
Fax: 816-221-3280
jrhobbs@whmlaw.net
mbkeller@whmlaw.net
Attorneys for Warren Fairley


/s/ *Branden Smith*_____
Branden Smith # 22761
SMITH LEGAL, L.L.C.
719 Massachusetts Street, Suite 126
P.O. Box 1034
Lawrence, Kansas 66044
Tele:  785-856-0780
Fax:  785-856-0782
branden@smithlegalllc.com
Attorney for Defendant Lawrence
McManamon

/s/ *Kathleen Fisher Enyeart*
Jackson Hobbs # 28191
Kathleen Fisher Enyeart # 25203
Brody Sabor KS Fed # 79098
LATHROP GPM
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108
Tele: 816-292-2000
Fax: 816-292-2001
jackson.hobbs@lathropgpm.com
kathleen.fisherenyeart@lathropgpm.com
brody.sabor@lathropgpm.com
Attorneys for Cullen Jones

/s/ *Faiza Alhambra*
Faiza Alhambra # 24525
Jabari B. Wamble # 22730
Assistant United States Attorneys
United States Attorney's Office
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tele:  913-551-6730
Fax:  913-551-6541
Faiza.Alhambra@usdoj.gov
Jabari.wamble@usddoj.gov

/s/ *Vincent Falvo*
Vincent Falvo
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW, Room 753
Washington, D.C. 20530
(202) 353-9384
vincent.falvo@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 11, 2025, I caused the foregoing to be filed via electronic mail with the clerk of the court.

/s/ Patrick A. M$^{c}$Inerney
Attorney for Newton Jones