Exhibit 1- International Brotherhood of Boilermakers

## CERTIFICATION OF BUSINESS RECORDS

My name is Kathy Stapp. From 2012 through August 2023, I was the Director of Human Resources, Administrative Assistant to the International Secretary-Treasurer, and Special Assistant to the International Secretary-Treasurer of the International Brotherhood of Boilermakers (IBB). From August 2023 to August 2024, I served as International Secretary-Treasurer of the IBB—its second highest office and official keeper of all its records.

In all of the above positions, I served as a custodian of records for the IBB. I am familiar with the types of documents received, created and relied upon in the ordinary course of the IBB's business. I supervised the search and production of IBB records in response to grand jury subpoenas dated April 11, 2023 and September 25, 2023, and three (3) subpoenas dated June 26, 2024. The following documents were provided to the Government by the IBB in response to those subpoenas:

### A. April 11, 2022 Subpoena

1.    Meeting minutes for the Executive Council Meeting Minutes along with the meeting materials for the period July 1,2016 through June 30, 2020;

2.    The Secretary-Treasurer's Annual Report for the for the period July 1,2016 through June 30, 2020;

3.    Presentation and accompany materials from the 2016 IBB convention;

4.    Supporting documentation of Form 990s for the IBB for the years for 2017-2020;

5.    Vacation policies for employees, including executive management, in effect for fiscal years 2017 through 2020;

6.    General ledgers showing vacation account reconciliations as of June 30 for each respective year;

7.    Vacation transactions with Newton Jones and Kateryna Jones, including documentation of any vacation taken, buy-outs, and outstanding balances;

8.    Written policies effective during the period July 1, 2016-June 30, 2020 on reimbursing and approving expenses, travel expenses (domestic and international), and use of the IBB-issued credit cards;

9. Expense reports submitted by Newton Jones and Kateryna Jones along with supporting documentation, and records of cash transactions (payments or receipts) with Newton Jones and Kateryna Jones;

10. American Express Payable/Liability Account Reconciliation records along with the general ledger details.

**B. September 25, 2023 Subpoena**

For the period July 1, 2013 through September 25, 2023:

1. Meeting minutes for the Executive Council;

2. Proceedings of the Convention of the IBB for the years 2021, 2016, 2011, 2006, and 2001 and "Officers Report" to those conventions;

3. Circular letters, policy statements or directives regarding expenses issued from the IBB to employees, officers, staff, and to constituent district and local lodges;

4. The general ledgers of the IBB created using Microsoft Dynamics GP/Great Plains software;

5. The QuickBooks back-up files for the IBB;

6. Bank records for all bank accounts held in the name of the IBB;

7. Written vacation policy for Boilermakers' employees, including executive management, in effect for fiscal years 2013 through 2023;

8. General ledgers showing vacation account reconciliations as of June 30 for each respective year, along with:

9. Vacation transactions for Newton Jones, Kateryna Jones, and William Creeden including documentation of any vacation taken, buy-outs, and outstanding balances;

10. Records of all travel by IBB officers, employees, contractors, guests of the IBB, and/or their family members, to or from any points outside of the United States and Canada;

11. Records of all travel by Truman Fairley, Tyler Brown, Ryan Creeden, Brian Creeden, Cullen Jones, Shae Jones, Derek Zurowski, Hailey Rose, Kathy Stapp, and Johnny Baca which were funded by the IBB;

12. Expense reports, receipts, vouchers, or any other documentation of expenses submitted including copies of "U.S. Boilermakers Expense Reports" and Expensify reports by Newton Jones, Kateryna Jones, William Creeden, Tyler Brown, Kathy Stapp, Thomas Baca, John Fultz, Lawrence McManamon, Timothy Simmons, Truman Fairley, J. Michael Snowden, and any of their family members;

13. Records of cash transactions (payments or receipts), for Newton Jones, Kateryna Jones, Shae Jones, Cullen Jones, Derek Zurowski, William Creeden, Ryan Creeden, Brian Creeden, Thomas Baca, John Fultz, Arnie Stadnick, Lawrence McManamon, Timothy Simmons, Truman Fairley, J. Michael Snowden, Hailey Rose, Cory Channon, and any of their family members;

14. Records of the M.O.R.E. fund of the IBB, including proposals, by-laws, and bank records;

15. Documentation of all loans made by the IBB, to parties inside and outside of the IBB and its constituent district and local lodges;

16. Personnel files for Newton Jones, William Creeden, Kateryna Jones, Tyler Brown, Ryan Creeden, Brian Creeden, Cullen Jones, Shae Jones, Hailey Rose, James O'Leary, Derek Zurowski, Nadina Nunez Brown, and Johnny Baca;

17. Calendars, date books, appointment books, and day planners, associated with Newton Jones (njones@boilermakers.org), Kateryna Jones (kjones@boilermakers.org), William Creeden (bcreeden@boilermakers.org), Kathy Stapp (kstapp@boilermakers.org), Sarah Baez (sbaez@boilermakers.org), and Hailey Rose (hrose@boilermakers.org).

## C. June 26, 2024 Subpoenas

1. For the Boilermakers National Annuity Trust for the period of January 1, 2013 to the present:

   a. Plan Documents, Trust Agreements, Summary Plan Descriptions, and Annual Reports (Form 5500 series);

    b. Account records for Ryan J. Creeden, William T. Creeden, Brian J. Daly, Cullen M. Jones, Kateryna A. Jones, Newton B. Jones, Shae M. Jones, James O'Leary, Derek J. Zurowski, including plan enrollment documents, payroll records, individual account statements, and distribution payments.

   2. For the International Brotherhood of Boilermakers Employee Health Care Plan (IBBEHC) for the period of January 1, 2013 to the present:

    a. Plan Documents, Trust Agreements, Summary Plan Descriptions, and Annual Reports (Form 5500 series);

    b. Account records for Ryan J. Creeden, William T. Creeden, Brian J. Daly, Cullen M. Jones, Kateryna A. Jones, Newton B. Jones, Shae M. Jones, James O'Leary, Derek J. Zurowski, including plan enrollment documents, payroll records, individual account statements, and distribution payments.

   3. For the Boilermaker-Blacksmith National Pension Trust for the period of January 1, 2013 to the present:

    a. Plan Documents, Trust Agreements, Summary Plan Descriptions, and Annual Reports (Form 5500 series);

    b. Account records for Ryan J. Creeden, William T. Creeden, Brian J. Daly, Cullen M. Jones, Kateryna A. Jones, Newton B. Jones, Shae M. Jones, James O'Leary, Derek J. Zurowski, including plan enrollment documents, payroll records, individual account statements, and distribution payments.

   4. Personnel file and paystubs for Brian J. Daly.

   The above documents were created and/or kept in the ordinary course of the IBB's business on or about the dates indicated on the documents. These documents are of the type that the IBB created and kept in the ordinary course of its business. The documents are the type of documents that the IBB relied upon in the ordinary course of their business.

   I certify that the statements in this Certification are true and accurate to the best of my knowledge, and that if called to testify under oath I would be able to testify to the statements in the Certification.

_Kathy Stapp_
Kathy Stapp

Date: April ___4___, 2025

Subscribed and Sworn to before me this
_4th_ day of April, 2025

_Joyce Davis_
Notary Public

JOYCE DAVIS
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES NOVEMBER 20, 2028
JACKSON COUNTY
COMMISSION #08475002

Page **5** of **5**

Exhibit 2- Bank of Labor

2021R00293 - 063

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _____Megan Elder_____, being a person of sound mind and body, state the following:

1.  I am employed by Bank of Labor_____, and am a custodian of records of that organization;

2.  The attached documents, consisting of _3064_ pages, are records that are kept in the ordinary course of the business of Bank of Labor_____ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.  The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.  These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.  To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __9__ day of __April_____, 2025

Exhibit 3- ADP, Inc.

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _Alice Quinn_ , am employed by/associated with
    (Please print)

_ADP Inc._ . My official title is _Lead Paralegal Specialist_
    (organization)                                    (Please print)

By reason of my position I am familiar with how ___ADP Inc.___
                                                      (organization)

maintains records relating to its regularly conducted business activity, and I am authorized and

qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

(A)    Were made at or near the time of the occurrence of the matters set forth in the
       records by a person with knowledge of those matters, or from information
       transmitted by a person with knowledge of those matters;

(B)    Were kept in the course of regularly conducted business activity;

(C)    Were made by the said business activity as a regular practice; and

(D)    If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the

foregoing is true and correct.

Executed on _10-2-2023_                         _Alice Quinn_
               Date                                Signature

                                                _Alice Quinn_
                                                 Printed Name

2021R00293-001

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to Title 28 U.S.C. § 1746, I, the undersigned hereby declare:

My name is Alice Quinn.

I am a United States citation and I am over eighteen years of age. I am a custodian of records of ADP, Inc. ("ADP") or I am otherwise qualified as a result of my position with ADP to make this declaration.

I am in receipt of a subpoena dated May 25, 2021. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith for International Brotherhood of Boilermakers (ADP Company Code 57/KJC) and in response to the subpoena:

1. were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of regularly conducted business activity; and

3. were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June, 2021.

_alui Qumi_
Signature

Alice Quinn – Senior Legal Assistant
Name and Title

ADP, Inc.
Name of Business

One ADP Blvd., Roseland, NJ  07068
Address

Exhibit 4- Amazon, Inc.

**Bezanson, Bethany Anne (KC) (FBI)**

| | |
|---|---|
| **From:** | subpoena-criminal@amazon.com |
| **Sent:** | Monday, February 28, 2022 3:14 PM |
| **To:** | Bezanson, Bethany Anne (KC) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - Amazon Ref. No. CRIM1169869 2021 DS: In Re: Brotherhood Of Boilermakers (753 State Ave, Suite 565 Or Suite 570, Kansas City, Ks 66101, Phone: 913-371-2640) (External Case No. 2021R00293-011) |



This is an official communication from Amazon.

Certificate of Authenticity

I, Anne Kurle, declare as follows:

1. I am an employee of Amazon, Inc. ("Amazon"). I make this declaration based on personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.
2. Amazon produced documents responsive to the above-referenced law enforcement request.
3. All documents produced by Amazon are authentic, are what they purport to be, and accurately describe the transactions, communications, and events set forth therein.
4. All documents produced by Amazon are business records in that they are (i) records kept in the ordinary course of business; (ii) created at or near the time of the transactions or events reflected therein, or based on information from a person with knowledge of the transaction or events; and (iii) kept as a part of a regular business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2/28/2022, at Seattle, Washington.

Anne Kurle
Law Enforcement Response Specialist
Amazon.com, Inc.

NOTICE: This communication might contain privileged and/or confidential information. If you are not the intended recipient or you believe that you have received this communication in error, please delete this message and do not print, share, or otherwise use this message or its contents in any way. Please also indicate by reply email that you have received this communication in error and that you have deleted it.

Exhibit 5- American Express

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _____Yossra El-sharawy_____, am employed by/associated with
_____(Please print)_____

_____American Express_____. My official title is _Assistant to the Custodian of Records_.
_____(organization)_____                    (Please print)

By reason of my position I am familiar with how _____American Express_____
                                                    (organization)

maintains records relating to its regularly conducted business activity, and I am authorized and

qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

(A)    Were made at or near the time of the occurrence of the matters set forth in the
       records by a person with knowledge of those matters, or from information
       transmitted by a person with knowledge of those matters;

(B)    Were kept in the course of regularly conducted business activity;

(C)    Were made by the said business activity as a regular practice; and

(D)    If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the

foregoing is true and correct.

Executed on _____11/30/2023_____          *Yossra El-sharawy*
                 Date                          Signature

                                          _Yossra El-sharawy_
                                              Printed Name

CI-015DHXY AMEX000001 - CI-015DHXY AMEX016932

# CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, _____Yossra El-sharawy_____, attest that:

    I am employed by _____American Express_____;

that my official title is ___Assistant to the Custodian of Records_____and that I

have been appointed the keeper of the attached records.

    Each of the attached records is the original or a duplicate of the original

records in the custody of _____American Express_____.

    I further state that:

(a)    these records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(b)    these records were kept in the course of regularly conducted business activity; and

(c)    it was the regular practice of this business to make such records.

    I certify that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on ____12/12/2023_____    _Yossra El-sharawy_
                   Date                        Signature

      Sunrise, Florida
                 Location

Exhibit 6- Apple Inc.

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Raul, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL produced Jan 11, 2022 in response to Legal Process served on Apple on Dec 15, 2021.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

> a. made at or near the time by — or from information transmitted by — someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;
>
> b. kept in the course of a regularly conducted activity of Apple's business; and
>
> c. made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED: Jan 11, 2022                    **APPLE INC.**

By: _____

Name:  Raul Nunez
Title:  Legal Specialist, Apple Inc.

Exhibit 7- Bank of America, N.A.

Bank of America Legal Order Processing
Regarding reference number: D083023000745
Court case number: 2021R00293_042
Court or issuer: UNITED STATES
ATTORNEYS OFFICE
Court case name: NEWTON JONES

DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Astrid Denogean, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| NEWTON B JONES | 1591 | Statement Pages, | 2013-01 - 2023-08 |
| NEWTON B JONES | 6559 (4852) | Statement Pages, | 2013-01 - 2023-08 |
| NEWTON B JONES | 9232 | Statement Pages, Applications, Agreements | 2017-10 - 2021-08 |

   • IP ADDRESS

3.) Production.
   X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: ____09/12/2023_____        Signature: _____

Astrid Denogean
Digitally signed by
Astrid Denogean
Date: 2023.09.12
13:52:19 -07'00'

Exhibit 8- Citibank, N.A.

2021R00293 - 006

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _Laura Kolker_____, being a person of sound mind and body, state the following:

1.   I am employed by _Citibank, N.A._____, and am a custodian of records of that organization;

2.   The attached documents, consisting of _80_ pages, are records that are kept in the ordinary course of the business of _Citibank, N.A._____ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.   The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.   These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.   To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _5th_ day of _August_____, 20 _21_.

Citi Consumer Subpoena Compliance Unit        T  605-331-1662
5800 S. Corporate Pl., MC 451                  F  347-809-6937
Sioux Falls, SD  57108                         Speech/hearing impaired dial TTY at 711

Citibank                                                                    

September 21, 2023

SA Scott Macke
FBI
1300 Summit
Kansas City, MO 64105

Re:    Subpoena response                        USAO: 2021R00293-041

Dear Sir or Madam:

This letter is in response to your Subpoena issued to Citibank, N.A. requesting Newton Jones, Brian Creeden, Ryan
Creeden, Margaret Creeden, Lawrence McManamon, John Baca AKA J Tom Baca, Truman Fairley, Heather Baca,
Timothy Simmons & William Creeden's credit card account records. Enclosed are the available statement copies on
Newton Jones' Citi credit card accounts. Also enclosed is a copy of the responsive application record. We have
redacted and/or withheld information on the application record which Citi considers proprietary. Payments were
made electronically using Routing number 101001047, Deposit account 62994401. Additional payments were
received electronically from a third party other than the customer, and we do not have the originating deposit
account and ABA routing data. Enclosed are the available IP logs.

Enclosed are the available statement copies on Brian Creeden's Best Buy credit card account. Enclosed are the
available IP logs. Payments were made electronically using
Routing number 101001047, Deposit account 129557353
Routing number 101001047, Deposit account 116539615
Debitcard 4675860000003429
Debitcard 4675860000005309
Additional payments were made at the store and are not in Citi's possession.

Enclosed are the available statement copies on Ryan Creeden's Citi credit card account. Also enclosed is a copy of
the application record. We have redacted and/or withheld information on the application record which Citi
considers proprietary. Payments were made electronically using Routing number 101001047, Deposit account
114471501.

Enclosed are the available statement copies and payment copies on Lawrence J McManamon's Macys credit card
account. Additional payments are not available. Also enclosed is a copy of the application record. We have
redacted and/or withheld information on the application record which Citi considers proprietary.

Enclosed are the available statement copies and check payment copies on Margaret A Creeden's LL Bean credit
card account. Additional payments were made electronically using Routing number 101001047, Checking account
27439901. Payment information for the debit card account payments is unavailable. Please be advised due to our
acquisition of the LL Bean Card product as of June 2018, we have limited statement copies prior to this date and no
payment information prior to this date. Please contact Barclays Bank for documents prior to this date.

Enclosed are the available statement copies on John Baca AKA J Tom Baca's The Home Depot credit card
accounts. Also enclosed are copies of the application records. Payment information is unavailable due to age.

Enclosed are the available statement copies on Truman Fairley's The Home Depot credit card account. Also
enclosed is a copy of the application record. Payments were made electronically using Routing number 053000219,
Deposit account 1010114330914.

Enclosed are the available statement copies on Heather L Baca's Macys, The Home Depot, & Sears credit card accounts. Also enclosed is a copy of the responsive application record. Payments were made electronically using Routing number 322271627, Checking account 769686002. Payments were made at the store and are not in Citi's possession. Further payment information is unavailable due to age.

Enclosed are the available statement copies on Timothy Simmons' The Home Depot credit card account. Also enclosed is a copy of the application record. We have redacted and/or withheld information on the application record which Citi considers proprietary. Payments were made electronically using Routing number 262286950, Deposit account 0767316529.

Timothy Simmons is an authorized user on another individual's Citi credit card account since 02/11/17. As such he is not contractually liable for the balance. Enclosed are the available statement copies on Katelin C Simmons' Citi credit card account. Payments to the card account were made electronically using Routing number 262286950, Deposit account 0767316529 & Routing number 065300279, Checking account 3502782006. Enclosed are the available IP logs linked to the card account.

Please be advised our records indicate William Creeden had credit card accounts with Citi; however, they were closed prior to the requested timeframe. We have no documents responsive to your request regarding these accounts.

Citi objects to your request for any and all notes and correspondence concerning the accounts because it is vague, ambiguous, overly broad and unduly burdensome and to the extent it seeks the production of confidential and proprietary documents and/or information belonging to Citibank. If you would like to discuss the scope of your request, please contact us.

Citi is not in possession of the requested charge slips. Charge slips are not a part of our business records, but are maintained by the individual merchants. You may wish to contact the merchants directly to obtain those records.

Please be advised we did not locate any accounts for the remaining entities and/or remaining individuals.

After a diligent search, we did not locate any documents responsive to your remaining requests.

Please refer to our Case # 945655 when contacting us about this matter.

Sincerely,

Laura Kolker
Subpoena Compliance Unit
(605) 331-7135
Laura.L.Kolker@citi.com

Enclosures

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, __Laura Kolker_____, am employed by/associated with
   (Please print)

__Citibank N.A._____. My official title is _Legal Operations Assoc. Sr. Specialist_ .
   (organization)                                          (Please print)

By reason of my position I am familiar with how __Citibank N.A._____
                                                   (organization)

maintains records relating to its regularly conducted business activity, and I am authorized and

qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

(A)     Were made at or near the time of the occurrence of the matters set forth in the
        records by a person with knowledge of those matters, or from information
        transmitted by a person with knowledge of those matters;

(B)     Were kept in the course of regularly conducted business activity;

(C)     Were made by the said business activity as a regular practice; and

(D)     If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the

foregoing is true and correct.

Executed on _09/21/2023_____
                Date

Signature

Laura Kolker
Printed Name



Citibank, N.A.
Citi Consumer Subpoena Compliance Unit
5800 S. Corporate Pl., MC 451
Sioux Falls, SD 57108
Tel: (605) 331-1662
Fax: (347) 809-6937

August 5, 2021

SA Robert Gunderson
FBI
1300 Summit
Kansas City, MO 64105

Re:     Subpoena response          USAO: 2021R00293-006

Dear Sir or Madam:

This letter is in response to your Subpoena issued to Citibank, N.A. requesting Newton B Jones' credit card account records. Enclosed are the available statement copies on Newton B Jones' Citi credit card accounts. Also enclosed is a copy of the responsive application record. We have redacted and/or withheld information on the application record which Citi considers proprietary. Payments were made electronically using Routing number 101001047, Deposit account 62994401. Enclosed are the available IP logs.

Citi objects to your request for any and all notes and correspondence concerning the accounts because it is vague, ambiguous, overly broad and unduly burdensome and to the extent it seeks the production of confidential and proprietary documents and/or information belonging to Citibank. If you would like to discuss the scope of your request, please contact us.

Citi is not in possession of the requested charge slips. Charge slips are not a part of our business records, but are maintained by the individual merchants. You may wish to contact the merchants directly to obtain those records.

Please be advised we did not locate any accounts for the remaining entity and/or individual.

After a diligent search, we did not locate any documents responsive to your remaining requests.

Please refer to our Case # 608642 when contacting us about this matter.

Sincerely,

Laura Kolker
Subpoena Compliance Unit
(605) 331-7135
Laura.L.Kolker@citi.com

Enclosures

Exhibit 9- Coeur D'Alene Resort

2021R00293 - 015

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, Sarah DeVeau-Youseph Being a person of sound mind and body, state the following:

1.    I am employed by Coeur D Alene Resort _____, and am a custodian of records of that organization;

2.    The attached documents, consisting of 73 pages, are records that are kept in the ordinary course of the business of Coeur D Alene Resort and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.    The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.    These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.    To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3 rd day of January , 2022.

Sarah DeVeau Youseph

Exhibit 10- Desert Palace, Inc.-
Caesars Palace

CLV 05008542 – Boilermakers et al
**2021R00293 - 013**

**DECLARATION UNDER PENALTY OF PERJURY**
**Pursuant to Title 28, United States Code, Section 1746**

I, _Shane Ealster_____, being a person of sound mind and body, state the following:

1.   I am employed by _Desert Palace, Inc. DBA Caesars Palace_____, and am a custodian of records of that organization;

2.   The attached documents, consisting of _Hotel & Gaming Records_ pages, are records that are kept in the ordinary course of the business of _Desert Palace, Inc. DBA Caesars_ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.   The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.   These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.   To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _5th_ day of _January_____, 20_22_

_____
Shane Ealster
Regulatory Compliance Manager

Exhibit 11- Embassy Suites
Hotel and Kingston Place

2021R00293 - 019

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _Robert Barenberg_, being a person of sound mind and body, state the following:

1.  I am employed by _Embassy Suites Hotel and Kingston Place_, and am a custodian of records of that organization;

2.  The attached documents, consisting of _103_ pages, are records that are kept in the ordinary course of the business of _Embassy Suites Hotel and King_ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.  The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.  These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.  To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _24th_ day of _December_, _2021_.

_Donna L. Neal_
Notary Public
South Carolina
My Commission Expires 07-15-29

_Robert Barenberg_
12/24/21

Exhibit 12- Four Seasons
Washington D.C.

2021R00293 - 017

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _Liz White_, being a person of sound mind and body, state the following:

1. I am employed by _Four Seasons Washington DC_, and am a custodian of records of that organization;

2. The attached documents, consisting of _8_ pages, are records that are kept in the ordinary course of the business of Four Seasons Washington DC and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3. The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4. These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5. To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _31st_ day of _January_, 2022.

_Liz White_

Exhibit 13- Hay-Adams
Hotel

2021R00293 - 020

### DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, __DONNA PAGANO__, being a person of sound mind and body, state the following:

1.     I am employed by _Hay-Adams Hotel_____, and am a custodian of records of that organization;

2.     The attached documents, consisting of _____ pages, are records that are kept in the ordinary course of the business of _Hay-Adams Hotel_____ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.     The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.     These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.     To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __11__ day of __JANUARY_____, 20_22_.

Exhibit 14-  Hertz
Corporation

2021R00293 - 022

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _Cassandra Bishop_____, being a person of sound mind and body, state the following:

1. I am employed by _Hertz Corporation_____, and am a custodian of records of that organization;

2. The attached documents, consisting of __26__ pages, are records that are kept in the ordinary course of the business of _Hertz Corporation_____ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3. The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4. These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5. To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _20th_ day of __January_____, 20_22_.

*Cassandra Bishop*
_____

Exhibit 15- Hilton
Marco Island

2021R00293 - 023

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _Karie Vesery_, being a person of sound mind and body, state the following:

1.  I am employed by _Hilton Marco Island_, and am a custodian of records of that organization;

2.  The attached documents, consisting of _____ pages, are records that are kept in the ordinary course of the business of _Hilton Marco Island_ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.  The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.  These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.  To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _7th_ day of _January_, 202_1_.

_Karie Vesery_

Exhibit 16-  JP Morgan
Chase Bank, N.A.

## DECLARATION

### Case No. : 2021R00293-008 . KC10182

Jessica R Cruz, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:    08/10/2021

By: _Jessica R Cruz_
Jessica R Cruz
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1247769-F2

SUBP10a

## DECLARATION
### Case No. : 2021R00293-008 . KC10182

Tamara E Wooddall, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Banks's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 96 .

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 08/04/2021

By: _Samara E Wooddall_

Tamara E Wooddall
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1247769-F1

Subp74a

## DECLARATION

### Case No. : 2021R00293039

I, Jessica R Cruz, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:    **10/09/2023**

By: _Jessica R Cruz_
Jessica R Cruz
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1484759-F1                                                    SUBP10a

Exhibit 17-  Legacy
Professionals, LLP

2021R00293 - 034

**DECLARATION UNDER PENALTY OF PERJURY**
**Pursuant to Title 28, United States Code, Section 1746**

I, _Elizabeth Mantzke_, being a person of sound mind and body, state the following:

1.  I am employed by _Legacy Professionals LLP_, and am a custodian of records of that organization;

2.  The attached documents, consisting of _____ pages, are records that are kept in the ordinary course of the business of _Legacy Professionals LLP_ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.  The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.  These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.  To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _3_ day of _May_, 20_22_.

Exhibit 18- MGM Resorts
International- MGM Grand
Hotel, LLC

## CUSTODIAN OF RECORDS DECLARATION

NOW COMES Tina Goddard, who after first being duly sworn deposes and says:

1.      That the deponent is a paralegal for MGM Resorts International and in her capacity as a paralegal is a custodian of the records of MGM Grand Hotel, LLC.

2.      On December 16, 2021, I was served with a subpoena in connection with the matter *Grand Jury No. 2021R00293 - 027* pending before the United States, District Court, District of Kansas calling for the production of records pertaining to International Brotherhood of Boilermakers

3.      I made a complete search of all available records, and located the records and things, copies of which have been produced with this declaration.

4.      I have examined the original of these records and things and have made or caused to be made a true and exact copy of them. The reproduction of these records provided with this declaration is true and complete.

5.      The original of those records was made at or near the time of the act, event, condition, opinion or diagnosis recited therein by or from information transmitted by a person with knowledge, in the course of the regularly conducted activity of said person(s).

I declare under penalty of perjury under the laws of the State of Nevada and United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.


Executed on:   1/17/2022                                 *Tina Goddard*
                    (Date)                                  Tina Goddard

Exhibit 19-  MGM Resorts International- The Mirage Casino-Hotel, LLC

## CUSTODIAN OF RECORDS DECLARATION

NOW COMES Tina Goddard, who after first being duly sworn deposes and says:

1.     That the deponent is a paralegal for MGM Resorts International and in her capacity as a paralegal is a custodian of the records of The Mirage Casino-Hotel, LLC.

2.     On December 16, 2021, I was served with a subpoena in connection with the matter *Grand Jury No. 2021R00293 - 029* pending before the United States, District Court, District of Kansas calling for the production of records pertaining to International Brotherhood of Boilermakers

3.     I made a complete search of all available records, and located the records and things, copies of which have been produced with this declaration.

4.     I have examined the original of these records and things and have made or caused to be made a true and exact copy of them.  The reproduction of these records provided with this declaration is true and complete.

5.     The original of those records was made at or near the time of the act, event, condition, opinion or diagnosis recited therein by or from information transmitted by a person with knowledge, in the course of the regularly conducted activity of said person(s).

I declare under penalty of perjury under the laws of the State of Nevada and United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on:    1/17/2022
                     _____
                     (Date)

*Tina Goddard*
_____
Tina Goddard

Exhibit 20-  Marriott
International, Inc. - The Ritz
Carlton Naples Beach

2021R00293 - 030

**DECLARATION UNDER PENALTY OF PERJURY**
**Pursuant to Title 28, United States Code, Section 1746**

I, _____Randi Neches_____, being a person of sound mind and body, state the following:

Marriott International, Inc. ("Marriott")

1.    I am employed by ~~The Ritz-Carlton Beach Resort~~_____, and am a custodian of records of that organization;

2.    The attached documents, consisting of __ 25 __ pages, are records that are kept in the ordinary course of the business of The Ritz Carlton Beach Resort Naples and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.    The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.    These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.    To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _11th_ day of __January_____, 20_22_.

_/s/ Randi Neches_

Exhibit 21-  Marriott International,
Inc. - Mayflower Hotel

2021R00293 - 026

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, ____Randi Neches_____, being a person of sound mind and body, state the following:

1.    I am employed by _Mayflower Hotel__ Marriott International, Inc. _, and am a custodian of records of that organization;

2.    The attached documents, consisting of _38__ pages, are records that are kept in the ordinary course of the business of _Mayflower Hotel_____ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.    The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.    These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.    To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _11th_ day of ____January_____, 20_22_.

/s/ Randi Neches

Exhibit 22-  Omni Grove Park

2021R00293 - 028

## DECLARATION UNDER PENALTY OF PERJURY
## Pursuant to Title 28, United States Code, Section 1746

I, _Hanro J, Esquiea_ , being a person of sound mind and body, state the following:

1.  I am employed by _Omni Grove Park_ , and am a custodian of records of that organization;

2.  The attached documents, consisting of _10_ pages, are records that are kept in the ordinary course of the business of _Omni Grove Park_ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.  The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.  These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.  To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _20th_ day of _December_ , 202_1_.

Exhibit 23-  Sheraton Maui Hotel

2021R00293 - 031

## DECLARATION UNDER PENALTY OF PERJURY
### Pursuant to Title 28, United States Code, Section 1746

I, _____Tct3   Yamazaki_____, being a person of sound mind and body, state the following:

1.    I am employed by _Sheraton Maui Hotel_____, and am a custodian of records of that organization;

2.    The attached documents, consisting of __23__ pages, are records that are kept in the ordinary course of the business of _Sheraton Maui Hotel____ and it is the regular practice of that organization to make the memorandum, report, record or data compilation;

3.    The entries made in these records are made by or from information transmitted by a person with knowledge of the truth of the matters recorded therein and are made contemporaneously with the events recorded or are made at or near the time reflected by the calendar dates which appear on the documents; and

4.    These records are maintained under my care, custody and control and are in substantially the same condition today as when made.

5.    To my knowledge, these records constitute all of the documents in my care, custody and control which are subject to the terms and conditions of Grand Jury Subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _29_ day of _____Decembn_____, 202/.

Exhibit 24- TransUnion



555 West Adams
Tel (312) 985-3978
Fax (312) 985-2030
subpoenamail@transunion.com

July 19, 2021

Special Agent Robert Gunderson
FBI
RSGUNDERSON@fbi.gov

RE: Newton B. Jones et al

Attached are all credit reports responsive to your request.

I certify that I am employed by TransUnion and am authorized to make this declaration on behalf of TransUnion LLC. Attached hereto are credit reports for individuals listed in the subpoena/court order. This information was derived from information contained in TransUnion's computer records as of the date indicated on the report(s). The information contained in the credit report(s) was compiled by TransUnion from various sources in the ordinary course of TransUnion's business operations, and it is customary and routine for TransUnion to prepare such reports in the ordinary course of business. The report(s) were obtained from TransUnion's computer records, using the consumers identifying information provided in the subpoena/court order and are the originals or exact copies thereof.

If you have any questions or need additional clarification regarding the information enclosed, please review the attached subpoena guidelines. If you have any further questions, please contact the TransUnion Subpoena Hotline at (312) 985-3978 or email subpoenamail@transunion.com and reference the date of this letter and the information in the subject line.

Sincerely,

Litigation Support Department
Enclosure(s)

Exhibit 25-  Wells Fargo Bank, N.A.

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _____Janet Orta_____, am employed by/associated with
  (Please print)

_Wells Fargo Bank, N.A._ . My official title is _Vice President Loan Documentation_
  (organization)                                         (Please print)

By reason of my position I am familiar with how _Wells Fargo Bank, N.A._
                                                          (organization)

maintains records relating to its regularly conducted business activity, and I am authorized and

qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

(A)  Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

(B)  Were kept in the course of regularly conducted business activity;

(C)  Were made by the said business activity as a regular practice; and

(D)  If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the

foregoing is true and correct.

Executed on _September 14, 2023_
                      Date

_Janet Orta_
Signature

Janet Orta/ Vice President Loan Documentation
Printed Name  Wells Fargo Bank, N.A.
09/14/2023